# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL A. INGRAM, SR )
)
    Plaintiff, )
)
v. ) Case No. CV414-266
)
STATE OF GEORGIA )
HARRIS ODELL, JR. )
)
    Defendants. )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Michael A. Ingram, Sr., filed this 42 U.S.C. § 1983 case against the State of Georgia and Harris Odell, Jr. Doc. 1. The Court granted him leave to proceed *in forma pauperis* on the condition that he return PLRA paperwork by February 19, 2015. Doc. 3. He has failed to respond.

Accordingly, his case should be **DISMISSED WITH PREJUDICE** for disobeying a Court Order and on abandonment grounds. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v.*

*Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this __3rd__ day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA